IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEBORAH MARIGNY, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-09-1776 |
| MICHAEL J. ASTRUE,<br>Commissioner of the Social Security<br>Administration, | § § § § § | |
| Defendant. | § | |

### ORDER REMANDING CASE

In accordance with this court's order adopting the Memorandum and Recommendation on Cross-Motions for Summary Judgment of the United States Magistrate Judge, this matter is remanded under sentence four of 42 U.S.C. § 405(g) to allow the plaintiff's claim to be consideration in light of an updated medical expert opinion and with consideration of the any side effects from the medications the plaintiff takes.

SIGNED on September 10, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge